UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60027-CIV-ALTONAGA/Strauss

**MADDALENA DICCICO**,

    Plaintiff,

v.

**NATIONAL SPECIALTY
INSURANCE COMPANY**,

    Defendant.

_____/

### ORDER

**THIS CAUSE** is before the Court *sua sponte*.  On January 19, 2022, the Court entered a Scheduling Order [ECF No. 13] that required the parties to "file and submit [a] joint pre-trial stipulation, proposed jury instructions[,] and verdict form" on or before November 2, 2022.  (*Id.* (alterations added)).  To date, the parties have not filed the required materials and have not requested an enlargement of time to do so.  Accordingly, it is

**ORDERED** that by **November 4, 2022**, the parties shall file and submit a joint pre-trial stipulation, proposed jury instructions, and a verdict form.  Another failure to comply may result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of November, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record